UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| ANTHONY McCLENNON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 3:17-CV-546-JD-MGG |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

OPINION AND ORDER

Anthony McClennon, a prisoner without a lawyer, filed a habeas corpus petition challenging his prison disciplinary hearing in MCF 17-03-234 where a Disciplinary Hearing Officer (DHO) at the Miami Correctional Facility found him guilty of Possession or Use of a Controlled Substance in violation of B-202 on April 11, 2017. ECF 1 at 1. As a result, McClennon was sanctioned with the loss of 60 days earned credit time and demoted from Credit Class 1 to Credit Class 2. *Id*.

After McClennon filed his petition, the finding of guilt and sanctions were vacated. ECF 12-1. The Warden has filed a motion to dismiss because this case is moot. ECF 12. McClennon filed a letter with the court stating he is "in agreement" with the motion. ECF 14. Because the challenged disciplinary proceeding and sanctions have been vacated, this case must be dismissed. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison disciplinary determination in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement).

For these reasons, the motion (ECF 12) is GRANTED and the case is DISMISSED.

SO ORDERED on March 6, 2018.

    /s/ JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT